**The BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JACKSON, KANSAS, a Body Politic and Quasi Public Corporation, et al. v. UNITED STATES of America (Joseph Blandin, Allottee No. 667, an Incompetent Indian of the Prairie Band of the Potawatami Indians).**

No. 1618.

Circuit Court of Appeals, Tenth Circuit.

Oct. 11, 1937.

Warden L. Noe and Floyd W. Hobbs, both of Holton, Kan., for appellants.

S. S. Alexander, U. S. Atty., of Topeka, Kan.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed October 11, 1937, at appellants' costs, for failure to prosecute, on motion of appellee.